## BERNARD *v.* NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM ET AL.

No. 177, Misc.   Decided October 13, 1969

*J. Lee Rankin* and *Stanley Buchsbaum* for New York City Employees' Retirement System, and *George N. Kanoff* for Lipori, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.

## SELLERS *v.* UNITED STATES

No. 264, Misc.   Decided October 13, 1969

*Howard Moore, Jr.,* for petitioner.

*Solicitor General Griswold* for the United States.

PER CURIAM.

Upon consideration of the suggestion of the Solicitor General and an examination of the entire record, the motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the United States District Court for the Northern District of Georgia for further consideration in light of *Alderman* v. *United States,* 394 U. S. 165.